John W. Ralls (State Bar No. 148233)
Jeffrey A. Wilcox (State Bar No. 236390)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3606
Telephone:    (415) 371-1200
Facsimile:    (415) 371-1211

Attorneys for Use-Plaintiff
ELECTRO TECH CORPORATION

P. Randolph Finch, Jr. (State Bar No. 185004)
Andrea L. Petray (State Bar No. 240085)
MARKS, GOLIA & FINCH, LLP
3900 Harney Street, First Floor
San Diego, California 92110-2825
Telephone:    (619) 293-7000
Facsimile:    (619) 293-7362

Attorneys for Defendants and Counterclaimants
I.E.-PACIFIC, INC., MILLER-WATTS CONSTRUCTORS, INC., and ST. PAUL FIRE AND MARINE INSURANCE CO.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ELECTRO TECH CORPORATION, <br><br> Use-Plaintiff, <br><br> v. <br><br> I.E.-PACIFIC, INC., MILLER/WATTS CONSTRUCTORS, INC., and ST. PAUL FIRE & MARINE INSURANCE COMPANY, <br><br> Defendants and Counterclaimants. <br><br> AND RELATED COUNTERCLAIM | CASE NO:  2:06-CV-00883-WBS (DAD) <br><br> SECOND AMENDED JOINT APPLICATION AND ORDER MODIFYING THE COURT'S JULY 24, 2006 STATUS (PRETRIAL SCHEDULING) ORDER <br><br> Complaint Filed:    April 24, 2006 <br> Trial Date:          July 31, 2007 <br><br> Magistrate Judge Dale A. Drozd |

**SECOND AMENDED JOINT APPLICATION MODIFYING SCHEDULING ORDER**

I.E.-Pacific, Inc., Miller/Watts Constructors, Inc., St. Paul Fire & Marine Insurance Company, and Electro Tech Corporation (the "Parties") through their respective counsel of record, respectfully submit this Second Amended Joint Application and [Proposed] Order

Modifying the July 24, 2006 Status (Pretrial Scheduling) Order ("Scheduling Order").  By this amended application, the parties request jointly an extension of certain discovery deadlines while maintaining the dates for the pre-trial conference and trial.

The parties are diligently pursuing discovery in this action, but require additional time to complete percipient discovery—especially depositions—in an orderly and efficient fashion before proceeding with expert discovery.  The parties respectfully submit that they have good cause for this request.

The need for this extension has just become apparent to the parties as a consequence of the ongoing exchange of pretrial fact discovery responses that have remained consistent with the Scheduling Order.  The Scheduling Order set an aggressive timeline for the conduct of pretrial fact and expert discovery, particularly relative to the trial date.  The parties now find that they need additional time to review documents, and prepare and digest interrogatory responses, before moving on to depositions.

This case arises out of two, large federal construction projects.  The universe of *potentially* relevant documents is huge.  The parties are currently reviewing documents, and requests for production of documents are pending.  The parties are also exchanging interrogatory responses, which will include important information about the parties' alleged damages.  The parties believe that the fact depositions and expert discovery will be more meaningful and efficient if this discovery is completed first.

The requested modification to the timeline set in the Scheduling Order would not impact the Court's calendar.  The parties' stipulation relates to the timeline for fact and expert discovery only, and will not impact the final pretrial conference calendared for June 4, 2007, or the trial setting for July 31, 2007.

Even under the modified schedule, the parties will have completed fact discovery by March 30, 2007, 75 days before the pretrial conference and 131 days before the trial.

For the foregoing reasons, and other good cause, the parties jointly apply to modify the July 24, 2006 Status (Pretrial Scheduling) Order.  The parties have not previously requested any extensions to the following pretrial proceedings:

1. Requests for leave of court to amend pleadings shall be made by February 15, 2007.

2. Pursuant to the July 24, 2006 Scheduling Order, all fact discovery (except for requests for production of documents, subpoenas for the production of documents, and depositions of fact witnesses) shall be completed by January 15, 2007.  Fact discovery relating to requests for production of documents, subpoenas for the production of documents, and depositions of fact witnesses is left open, save and except that it shall be so conducted as to be completed by March 30, 2007, as provided in 6, below.

3. The parties shall disclose experts and produce reports in accordance with Federal Rules of Civil Procedure, Rule 26(a)(2) by no later than March 2, 2007.

4. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rules of Civil Procedure, Rule 26(a)(2) on or before March 30.

5. All expert discovery, including expert depositions, shall be completed by April 27, 2007.

6. All fact discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be <u>completed</u> by March 30, 2007, and April 27, 2007, for expert discovery.  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.  All motions to compel discovery must be noticed on the Magistrate Judge's calendar, in accordance with the local rules of the United States District Court, Eastern District of California, and so that such motions may be heard (and any resulting orders obeyed) not later than March 30, 2007, for fact discovery and April 27, 2007, for expert discovery.

//

7. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be filed on or before April 13, 2007, for hearing not later than May 18, 2007. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

8. All other dates shall remain as stated in the July 24, 2006 Scheduling Order.

The Joint Application and [Proposed] Order Modifying Scheduling Order submitted herein reflects a full and complete agreement between all parties and counsel.

DATED: December 21, 2006          MARKS, GOLIA & FINCH, LLP

By:____/s/_____
    P. RANDOLPH FINCH JR.
    ANDREA L. PETRAY
Attorneys for I.E.-Pacific, Inc., Miller/Watts Constructors, Inc., and St. Paul Fire and Marine Insurance Company

DATED: December 21, 2006          THELEN REID BROWN RAYSMAN & STEINER LLP

By:____/s/_____
    JOHN W. RALLS
    JEFFREY A. WILCOX
Attorneys for Electro-Tech Corporation

## ORDER

Based on the amended joint application of the parties, and for good cause shown, the dates of the pretrial proceedings set forth above are modified in accordance with the dates proposed in paragraphs one through seven above.

SO ORDERED:

DATED: December 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/electrotech0883.ord