UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ELECTRO TECH CORPORATION,<br><br>        Use-Plaintiff,<br><br>v.<br><br>I.E.-PACIFIC, INC., MILLER/WATTS CONSTRUCTORS, INC., and ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>        Defendants. | CASE NO: 2:06-CV-00883-WBS (DAD)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR FILING AMENDED COUNTERCLAIM<br><br>Assigned for all purpose to:<br>Hon. Dale A. Drozd, Courtroom No. 27<br><br>Complaint Filed:    April 24, 2006<br>Trial Date:             July 31, 2007 |
| AND RELATED COUNTERCLAIMS. | |

   I.E.-Pacific, Inc. ("I.E.-Pacific") and Electro Tech Corporation, by and through their respective attorneys of record, stipulate as follows:

   1.   On July 7, 2006, I.E.-Pacific filed a counterclaim in the captioned action.

   2.   I.E.-Pacific may file the amended counterclaim, attached as Exhibit "A" to this stipulation.

/ / / / /

/ / / / /

STIPULATION AND [PROPOSED] ORDER                                   2:06-CV-00883-WBS (DAD)

PDF created with pdfFactory trial version www.pdffactory.com

3. Electro Tech waives notice and service of the amended counterclaim and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answer filed by defendant to the original counterclaim shall be responsive to the amended counterclaim.

4. The amended counterclaim will be deemed filed and served on the date this order is signed by the Court.

5. This stipulation may be executed in multiple counterparts. A facsimile signature shall be deemed an original.

SO STIPULATED.

DATED: ____2/13____, 2007          MARKS, GOLIA & FINCH, LLP

By: _____/s/_____
JASON R. THORNTON
ANDREA L. PETRAY
JON F. GAUTHIER
Attorneys for Defendant and Counterclaimant I.E.-Pacific, Inc., and Defendants Miller/Watts Constructors, Inc., and St. Paul Fire and Marine Insurance Company

DATED: _____2/12_____, 2007          THELEN REID BROWN RAYSMAN & STEINER LLP

By: _____/s/_____
JOHN W. RALLS
JEFFREY A. WILCOX
Attorneys for Use-Plaintiff Electro Tech Corporation

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

2

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

STIPULATION AND [PROPOSED] ORDER          2:06-CV-00883-WBS (DAD)

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Based on the stipulation of counsel, good cause appearing, IT IS HEREBY ORDERED I.E.-Pacific may file the amended counterclaim attached to this stipulation as Exhibit "A." The amended counterclaim is deemed filed and served on the date this Order is signed by the Court.

IT IS SO ORDERED.

DATED: February 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

400.015/ALP428.mmm

3

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

STIPULATION AND [PROPOSED] ORDER         2:06-CV-00883-WBS (DAD)

PDF created with pdfFactory trial version www.pdffactory.com