UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ELECTRO TECH CORPORATION,<br><br>      Use-Plaintiff,<br><br>v.<br><br>I.E.-PACIFIC, INC., MILLER/WATTS CONSTRUCTORS, INC., and ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO:  2:06-CV-00883-WBS (DAD)<br><br>THIRD JOINT APPLICATION AND ORDER MODIFYING THE DECEMBER 27, 2006 MODIFIED SCHEDULING ORDER<br><br>Assigned for all purpose to:<br>Hon. Dale A. Drozd, Courtroom No. 27<br><br>Complaint Filed:    April 24, 2006<br>Trial Date:              July 31, 2007 |

I.E.-Pacific, Inc., Miller/Watts Constructors, Inc., St. Paul Fire & Marine Insurance Company, and Electro Tech Corporation (the "Parties"), through their respective counsel of record, respectfully submit this Third Joint Application and [Proposed] Order Modifying the December 27, 2006 Modified Scheduling Order.  By this application, the Parties jointly agree to an extension of certain discovery deadlines while maintaining the dates for the pre-trial conference and trial.

/ / / / /

The Parties have propounded requests for production of documents and served their responses but none of the Parties have exchanged documents. All parties have been working diligently to obtain responsive documents from their respective clients but such documents only recently become available.

The deadline for expert reports and rebuttal expert reports was established based on the assumption that the documents would be produced in ample time for the Parties' experts to review them, develop opinions and prepare the reports. Unfortunately, the Parties have not exchanged documents and the deadline to serve expert reports is in less than two weeks. The Parties believe their expert reports and rebuttal reports will be more thorough and meaningful if the opinions are based on all facts and documents.

The requested modification to the timeline set in the Scheduling Order would not impact the Court's calendar. The Parties' stipulation relates to the timeline for expert reports only, and will not impact the final pretrial conference calendared for June 4, 2007, or the trial set for July 31, 2007.

Even under the modified schedule, the Parties will exchange their expert reports by March 16, 2007, 80 days before the pretrial conference and 137 days before the trial. Similarly, the Parties will exchange their expert rebuttal reports by April 6, 2007, 59 days before the pretrial conference and 116 days before trial. The Parties do not believe modifying these two dates will not interfere with the deadline to complete expert discovery as that deadline is April 27, 2007, three weeks after the expert rebuttal reports will be due.

For the foregoing reasons, and for good cause, the parties jointly apply to modify the December 27, 2006 Modified Scheduling Order. The parties request an extension to the following pretrial proceedings:

1. The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure, Rule 26(a)(2) by no later than March 16, 2007.

/ / / / /

2

THIRD AMENDED APPLICATION AND [PROPOSED] ORDER   2:06-CV-00883-WBS (DAD)
MODIFYING THE DECEMBER 27, 2006 MODIFIED SCHEDULING ORDER

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure, Rule 26(a)(2) on or before April 6, 2007.

3. All other dates shall remain as stated in the July 24, 2006 Scheduling Order and the December 27, 2006 Modified Scheduling Order.

This Joint Application and [Proposed] Order Modifying The December 27, 2006 Scheduling Order reflects a full and complete agreement between the Parties.

DATED: February 21, 2007       MARKS, GOLIA & FINCH, LLP

By: ___/s/ Andrea L. Petray, Esq._____
    P. RANDOLPH FINCH JR.
    ANDREA L. PETRAY
    JON F. GAUTHIER
Attorneys for I.E.-Pacific, Inc., Miller/Watts Constructors, Inc., and St. Paul Fire and Marine Insurance Company

DATED: February 21, 2007       THELEN REID BROWN RAYSMAN & STEINER LLP

By: ___/s/ Jeffrey A. Wilcox, Esq._____
    JOHN W. RALLS
    JEFFREY A. WILCOX
Attorneys for Electro-Tech Corporation

IT IS SO ORDERED.

DATED: February 22, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/electrotech0883.ord.modifysched

3

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

THIRD AMENDED APPLICATION AND [PROPOSED] ORDER          2:06-CV-00883-WBS (DAD)
MODIFYING THE DECEMBER 27, 2006 MODIFIED SCHEDULING ORDER