UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ELECTRO TECH CORPORATION,<br><br>    Use-Plaintiff,<br><br>v.<br><br>I.E.-PACIFIC, INC., MILLER/WATTS CONSTRUCTORS, INC., and ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO:  2:06-CV-00883-WBS (DAD)<br><br>FOURTH JOINT APPLICATION AND [PROPOSED] ORDER MODIFYING THE JULY 24, 2006 SCHEDULING ORDER, THE DECEMBER 27, 2006 MODIFIED SCHEDULING ORDER AND THE FEBRUARY 22, 2007 MODIFIED SCHEDULING ORDER<br><br>Assigned for all purpose to:<br>Hon. Dale A. Drozd, Courtroom No. 27<br><br>Complaint Filed:    April 24, 2006<br>Trial Date:    July 31, 2007 |

      I.E.-Pacific, Inc., Miller/Watts Constructors, Inc., St. Paul Fire & Marine Insurance Company, and Electro Tech Corporation (the "Parties"), through their respective counsel of record, respectfully submit this Fourth Joint Application and [Proposed] Order Modifying the July 24, 2006 Scheduling Order, the December 27, 2006 Modified Scheduling Order and the February 22, 2007 Modified Scheduling Order.  By this application, the Parties jointly agree to an extension of the pre-trial conference, the trial date and all outstanding discovery deadlines.

PDF created with pdfFactory trial version www.pdffactory.com

The Parties have propounded requests for production of documents, served their responses and are in the process of producing documents and resolving discovery disputes. All Parties have been working diligently to obtain responsive documents from their respective clients but such documents only recently became available. Furthermore, there have been recent developments that may impact insurance coverage, and the parties are therefore exploring insurance coverage for certain claims. Additional time is needed to allow the relevant carriers to respond.

The deadline for fact discovery, expert reports, and expert fact discovery were established based on the assumption that the documents would be produced with ample time for the Parties to review the documents and prepare for depositions. Document production is underway, but not yet completed. The meet and confer process has begun, but certain issues remain unresolved. With the fact discovery deadline approaching on March 30, the Parties agree that additional time will benefit the overall effectiveness of the litigation and improve the likelihood of reaching a settlement. However, if the discovery deadlines are not extended, the Parties will not be as prepared for the pre-trial conference by June 4, 2007. Similarly, with an extended discovery calendar, the Parties will not be as prepared for trial, which is currently set for July 31, 2007.

For the foregoing reasons, and for good cause, the Parties jointly apply to modify The July 24, 2006 Scheduling Order, the December 27, 2006 Scheduling Order and the February 22, 2007 Modified Scheduling Order The Parties request a 60-day extension of all applicable deadlines as follows:

1. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure, Rule 26(a)(2) by no later than May 18, 2007.

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure, Rule 26(a)(2) on or before June 15, 2007.

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

2

FOURTH JOINT APPLICATION AND [PROPOSED] ORDER      2:06-CV-00883-WBS (DAD)
MODIFYING (PRIOR) SCHEDULING ORDERS

PDF created with pdfFactory trial version www.pdffactory.com

3. All fact discovery (except for interrogatories and requests for admission which were to be complete by January 15, 2007), including request for production of documents, subpoenas for the production of documents, and depositions of fact witnesses is left open, save and except that it shall be conducted as to be completed by May 30, 2007.

4. All expert discovery including expert depositions, shall be conducted as to be completed by June 29, 2007. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the Magistrate Judge's calendar, in accordance with the local rules of the United States District Court, Eastern District of California, and so that such motions may be heard (and any resulting orders obeyed) not later than May 30, 2007 for fact discovery.

5. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be filed on or before June 15, 2007, for hearing no later than July 20, 2007. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

6. The final pre-trial conference is set for August 3, 2007 at 10:00 a.m. in Courtroom No. 5. The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the Parties and by any unrepresented party.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

3

FOURTH JOINT APPLICATION AND [PROPOSED] ORDER          2:06-CV-00883-WBS (DAD)
MODIFYING (PRIOR) SCHEDULING ORDERS

PDF created with pdfFactory trial version www.pdffactory.com

Counsel for all Parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony. Counsel shall file separate pretrial statements, and are referred to Local Rules 16-281 and 16-282 relating to the contents of and time for filing those statements. In addition to those subjects listed in Local Rule 16-281(b), the Parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of remaining claims as against each defendant; and (3) and estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 16-281(b) (3)-(4), the Parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto. If the case is to be tried to a jury, the Parties shall also prepare a succinct statement of the case which is appropriate for the court to read to the jury.

7. The jury trial is set for September 28, 2007 at 9:00 a.m. in Courtroom No. 5.

8. A Settlement Conference will be set at the time of the Pretrial Conference.

All Parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge. If the settlement judge is not the trial judge, the Settlement Conference Statement shall not be filed and will not otherwise be disclosed to the trial judge.

/ / / / /

/ / / / /

/ / / / /

MARKS, GOLIA &
FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

4

FOURTH JOINT APPLICATION AND [PROPOSED] ORDER
MODIFYING (PRIOR) SCHEDULING ORDERS

2:06-CV-00883-WBS (DAD)

PDF created with pdfFactory trial version www.pdffactory.com

This Joint Application and [Proposed] Order Modifying The July 24, 2006 Scheduling Order, the December 27, 2006 Scheduling Order and the February 22, 2007 Modified Scheduling Order reflects a full and complete agreement between the Parties.

SO STIPULATED.

DATED: _____, 2007    MARKS, GOLIA & FINCH, LLP

By:_____
    JASON R. THORNTON
    ANDREA L. PETRAY
    JON F. GAUTHIER
Attorneys for Defendant and Counterclaimant I.E.-Pacific, Inc., and Defendants Miller/Watts Constructors, Inc., and St. Paul Fire and Marine Insurance Company

DATED: _____, 2007    THELEN REID BROWN RAYSMAN & STEINER LLP

By:_____
    JOHN W. RALLS
    JEFFREY A. WILCOX
Attorneys for Use-Plaintiff Electro Tech Corporation

ORDER

IT IS SO ORDERED.

DATED: March 12, 2007

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

400.015/ALP483.dvg

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

5

FOURTH JOINT APPLICATION AND [PROPOSED] ORDER    2:06-CV-00883-WBS (DAD)
MODIFYING (PRIOR) SCHEDULING ORDERS

PDF created with pdfFactory trial version www.pdffactory.com