IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, for the use and benefit of ELECTRO TECH CORPORATION,

    Plaintiff,

v.

I.E.-PACIFIC, INC., et al.,

    Defendants.

_____/

No. CIV S-06-0883 WBS DAD

<u>ORDER</u>

        This matter came before the court on April 20, 2007, for hearing on defendant I.E.-Pacific, Inc.'s motion to compel further responses, to compel production of documents and for sanctions. Jason Thornton, Esq. appeared telephonically for the moving party. John Ralls, Esq. appeared telephonically for plaintiff Electro Tech Corporation.

        The court having considered the written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

        1. Defendant I.E.-Pacific, Inc.'s March 23, 2007 motion to compel further responses and to compel production of documents is granted in full;

/////

1

2. Prior to May 4, 2007, plaintiff Electro Tech Corporation shall produce all additional documents responsive to defendant I.E.-Pacific, Inc.'s request for production of documents and shall serve a supplemental response reflecting production of all documents in plaintiff's possession, custody, or control which are responsive to the requests at issue, with the exception of communications between plaintiff Electro Tech Corporation and its counsel that were not sent to third parties;

3. This matter is continued to May 4, 2007, at 10:00 a.m. for further hearing on the status of compliance with this order; the parties may appear at the hearing telephonically; and

4. Defendant I.E.-Pacific, Inc.'s March 23, 2007 motion for sanctions is denied at this time, subject to the imposition of sanctions on May 4, 2007, if the undersigned finds that plaintiff Electro Tech Corporation has not complied with this order.

DATED: April 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\electrotechcorp0883.oah.042007