# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ELECTRO TECH CORPORATION,<br><br>　　　　Use-Plaintiff,<br><br>v.<br><br>I.E.-PACIFIC, INC., MILLER/WATTS CONSTRUCTORS, INC., and ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO: 2:06-CV-00883-WBS (DAD)<br><br>AMENDED FIFTH JOINT APPLICATION AND ORDER MODIFYING THE MARCH 12, 2007 MODIFIED SCHEDULING ORDER<br><br>Assigned for all purpose to:<br>Hon. Dale A. Drozd, Courtroom No. 27<br><br>Complaint Filed:　　April 24, 2006<br>Trial Date:　　　　　September 28, 2007 |

　　　　I.E.-Pacific, Inc., Miller/Watts Constructors, Inc., St. Paul Fire & Marine Insurance Company, and Electro Tech Corporation (the "Parties"), through their respective counsel of record, respectfully submit this Fifth Joint Application and [Proposed] Order Modifying the July 24, 2006 Scheduling Order, the December 27, 2006 Modified Scheduling Order, the February 22, 2007 Modified Scheduling Order and the March 12, 2007 Modified Scheduling Order.  By this application, the Parties jointly agree to an extension of certain discovery deadlines while maintaining the dates for the pre-trial conference and trial.

1   The Parties have been working diligently to gather and produce documents  Both I.E.-Pacific and Electro Tech believe they have produced all of their respective documents to the other.  Over the last month, Electro Tech and I.E.-Pacific have exchanged thousands of pages of additional documents which must be reviewed by each party's counsel and experts prior to the deposition of fact witnesses and production of expert reports.

The deadline to complete fact witness discovery and produce expert reports and rebuttal expert reports was established based on the assumption that the documents would be produced in ample time for the Parties' counsel and experts to review them, prepare for depositions, develop opinions and prepare expert reports.  Unfortunately, production of documents occurred substantially within the last month and the deadline to serve expert reports is in less than two weeks and the fact discovery cut off is in less than a month.  The Parties believe their fact witness depositions, expert reports and rebuttal expert reports will be more thorough and meaningful if all facts have been discovered and documents have been reviewed.

The requested modifications to the timeline set in the Scheduling Order would not impact the Court's calendar.  The Parties' stipulation relates to the timeline for fact discovery and expert reports only, and will not impact the final pretrial conference calendared for August 3, 2007, or the trial set for September 29, 2007.

Even under the modified schedule, the Parties will exchange expert reports by June 1, 2007, 63 days before the pretrial conference and 121 days before the trial.  Similarly, the Parties will complete fact discovery and exchange their expert rebuttal reports by June 15, 2007, 48 days before the pretrial conference and 106 days before trial.  The Parties do not believe modifying these dates will interfere with the deadline to complete expert discovery as that deadline is June 29, 2007, two weeks after the expert rebuttal reports will be due.

For the foregoing reasons, and for good cause, the parties jointly apply to modify the March 12, 2007 Modified Scheduling Order.  The parties request an extension to the following pretrial proceedings:

1.   The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure, Rule 26(a)(2) by no later than June 1, 2007.

2. All fact discovery (except for interrogatories and requests for admission which were to be complete by January 15, 2007), including requests for production of documents, subpoenas for the production of documents, and depositions of fact witnesses is left open, save and except that it shall be conducted as to be completed by June 15, 2007.

3. All other dates shall remain as stated in the March 12, 2007 Modified Scheduling Order.

This Joint Application and [Proposed] Order Modifying The March 12, 2007 Modified Scheduling Order reflects a full and complete agreement between the Parties.

DATED: May 14, 2007                MARKS, GOLIA & FINCH, LLP


By:_____/s/_____
            JASON R. THORTON
            ANDREA L. PETRAY
Attorneys for Defendant and Counterclaimant
I.E.-Pacific, Inc., and Defendants Miller/Watts
Constructors, Inc., and St. Paul Fire and Marine
Insurance Company

DATED: May 14, 2007                THELEN REID BROWN
                                   RAYSMAN & STEINER LLP


By:_____/s/_____
            JOHN W. RALLS
            JEFFREY A. WILCOX
Attorneys for Use-Plaintiff Electro Tech
Corporation

ORDER

IT IS SO ORDERED.

DATED: May 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/electrotech0883.modifyord