UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of ELECTRO TECH CORPORATION,<br><br>　　　Use-Plaintiff,<br><br>v.<br><br>I.E.-PACIFIC, INC., MILLER/WATTS CONSTRUCTORS, INC., and ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO: 2:06-CV-00883-WBS (DAD)<br><br>SIXTH JOINT APPLICATION AND [PROPOSED] ORDER MODIFYING THE MAY 15, 2007 MODIFIED SCHEDULING ORDER<br><br>Complaint Filed:　April 24, 2006<br>Trial Date:　　　September 25, 2007 |

　　　I.E.-Pacific, Inc., Miller/Watts Constructors, Inc., St. Paul Fire & Marine Insurance Company, and Electro Tech Corporation (the "Parties"), through their respective counsel of record, respectfully submit this Joint Application and [Proposed] Order Modifying the operative May 15, 2007 Modified Scheduling Order. By this application, the Parties jointly agree to an extension of certain pre-trial deadlines while maintaining the trial date.

/ / / / /

/ / / / /

SIXTH JOINT APPLICATION AND [PROPOSED] ORDER　　　　　　　　　　　　　　2:06-CV-00883-WBS (DAD)
MODIFYING THE MAY 15, 2007 MODIFIED SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Recent developments cause the Parties to make this Joint Application.

First, there have been developments in connection with insurance coverage and mediation. Nearly one year after Electro Tech's original tender, Electro Tech's insurance carrier has recently agreed to defend the claims that comprise the largest single component of the suit. As a result of the revised insurance situation, the Parties believe a mediation should be scheduled. The Parties have scheduled a mediation for July 2, 2007. This mediation is being scheduled in July to allow Electro Tech's carrier sufficient time to prepare for the mediation. Pending the mediation, the Parties prefer to avoid incurring legal costs to the extent possible, and the time extension requested herein will assist. If the case does not resolve at mediation, the Parties intend to proceed immediately with fact depositions and completion of expert reports.

Second, the government, owner of the construction projects from which this dispute originated, has failed to produce documents on a timely basis. Electro Tech has twice issued Freedom of Information Act requests, first on August 22, 2006, and again on April 27, 2007, to obtain documents. Electro Tech has also sought production through a document subpoena. The government has not produced documents pursuant to the subpoena, despite a return date of May 11, 2007. The government's production of documents in response to the FOIA requests has been paltry. Electro Tech is in frequent contact with the government but no promises about document production have been made. The Parties would prefer to have certain depositions taken after these documents are produced, and again the time extension requested herein will assist the Parties toward that goal.

For the foregoing reasons, and for good cause, the Parties jointly apply to modify the pretrial schedule as follows:

1.      The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure, Rule 26(a)(2) by no later than July 31, 2007.

2.      With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure, Rule 26(a)(2) on or before August 15, 2007.

2

PDF created with pdfFactory trial version www.pdffactory.com

3. All expert discovery, including expert depositions, shall be conducted so as to be completed by August 31, 2007.

4. All fact discovery (except for interrogatories and requests for admission which have been completed), including requests for production of documents, subpoenas for the production of documents, and depositions of fact witnesses is left open, save and except that it shall be conducted as to be completed by July 31, 2007.

5. A pre-trial conference be scheduled in September 2007, on a date that is convenient to the Court.

6. All other dates shall remain as stated in the May 15, 2007 Modified Scheduling Order.

This Joint Application and [Proposed] Order reflects a full and complete agreement between the Parties.

DATED: _____, 2007      MARKS, GOLIA & FINCH, LLP


By:____/s/_____
      JASON R. THORTON
      ANDREA L. PETRAY
Attorneys for Defendant and Counterclaimant
I.E.-Pacific, Inc., and Defendants Miller/Watts
Constructors, Inc., and St. Paul Fire and Marine
Insurance Company


DATED: _____, 2007      THELEN REID BROWN
RAYSMAN & STEINER LLP


By:_____/s/_____
      JOHN W. RALLS
      JEFFREY A. WILCOX
Attorneys for Use-Plaintiff Electro Tech
Corporation

PDF created with pdfFactory trial version www.pdffactory.com

1 | ORDER

2 | IT IS SO ORDERED.

3 | The Pre-Trial conference shall be held on September 10, 2007 at 2:00 p.m.

4 | DATED: June 4, 2007

*[Signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com